**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 17-60298-CIV-LENARD/GOODMAN**

**HEATHER SCHULTZ**,

Plaintiff,
vs.

**SYNDICATED OFFICE SYSTEMS, INC.**,

Defendant.
___________________________________/

**ORDER SCHEDULING INITIAL MEDIATION**

**THE INITIAL MEDIATION CONFERENCE** in this matter shall be held with __________________ ______________________________________________ on ______________, 20__, at ________ .m., at ______________________________________________________________, Florida. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of _________, 2017.

_________________________________
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**